## DORSEY *v.* THE STATE.

GEORGE, J. This was a prosecution for homicide. The case against the accused depended solely upon circumstantial evidence. The motion for new trial contains only the usual general grounds. *Held,* that the evidence, though circumstantial, is sufficient to exclude every other reasonable hypothesis save that of the guilt of the accused, and the court did not err in refusing a new trial.

　　　　　*Judgment affirmed. All the Justices concur*
　　　　　No. 2134. OCTOBER 13, 1920.

Indictment for murder. Before Judge Terrell. Carroll superior court. June 15, 1920.

*Smith & Smith,* for plaintiff in error.

*R. A. Denny, attorney-general, C. E. Roop, solicitor-general,* and *Graham Wright,* contra.